



# Document Technologies, Inc.

1206 Spring Street
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 364227
Invoice Date: 11/27/07

Bill To:
Secret Law Firm
4153C Flat Shoals PKWY
Suite 24
Decatur, GA 30034
Sandra Hicks

Ship To:
Secret Law Firm
Sandra Hicks
4153C Flat Shoals PKWY
Suite 24
Decatur, GA 30034

| Customer ID | 23785 | P.O. Number | |
|---|---|---|---|
| Terms | Net 15 Days | Client / Matter No. | Harrison North |
| SalesPerson | ATL SKJ | Job No. | 0711109 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 66 | IMG - CD Master | 50.00 | 3,300.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 3,300.00 |
| Total Sales Tax: | 231.00 |
| Total: | 3,531.00 |

Accepted By: _____

**Remit To:** Document Technologies - Atlanta
PO Box 933426
Atlanta, GA 31193